IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIAMA JALLOH,

    Plaintiff,

v.

ALL POWER TRUCKING, LLC,
GUIDEONE MUTUAL INSURANCE CO.,
DUSTIN L. WHERRY, and XYZ CORP.,

    Defendants.

Civil Action File No.
_____

# NOTICE OF REMOVAL

Defendants ALL POWER TRUCKING, LLC, GUIDEONE MUTUAL INSURANCE CO., and DUSTIN L. WHERRY, petition for removal of the action herein referred from the State Court of Clayton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully show the Court the following:

1.

Petitioners are Defendants in a civil action brought against them in the State Court of Clayton County, Georgia, styled <u>Mariama Jalloh v. All Power Trucking, LLC, Guideone Mutual Insurance Co., and Dustin L. Wherry</u>, Civil Action No.

2022CV00280, which is now pending in said court.

2.

A copy of all process, pleadings, and orders served in that action, including Defendants' Answers, are attached hereto as Exhibit "A", and made a part hereof. The Summons, Complaint, Entries of Service, and Answers constitute all pleadings that have been filed in the State Court of Clayton County.

3.

This Notice of Removal is timely filed within (30) days of service upon Defendants as required by 28 U.S.C. § 1446(b)(1).

4.

Clayton County, Georgia is within the Atlanta Division of the United States District for the Northern District of Georgia.

5.

This Court has original jurisdiction over the aforementioned civil action under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441.  There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

6.

Plaintiff Mariama Jalloh is a citizen of the State of Georgia. (See Complaint).

7.

Plaintiff admits in her Complaint, and as further shown in Olga Khalina's affidavit (attached hereto as Exhibit "B"), that Defendant All Power Trucking, LLC is incorporated in the State of Texas and its principal office is in the state of Texas.

8.

Plaintiff admits in her Complaint that Defendant GuideOne Mutual Insurance Co. is a resident of Polk County, Iowa. Defendant GuideOne Mutual Insurance Co. asserts in its affidavit of Robert Quinn (attached hereto as Exhibit "C") that it is incorporated and maintains its principal place of business in the state of Iowa.

9.

Plaintiff alleges in her Complaint that Defendant Dustin Wherry is a resident of Berkeley County, South Carolina and not a resident or citizen of the State of Georgia at any time relevant to this lawsuit.

10.

Plaintiff seeks damages for her injuries including past, present and future emotional and physician pain and suffering, lost income, as well as continuing and future medical expenses exceeding the amount of $56,685.00. Based on Plaintiff's allegations of continuing expenses, pain and suffering, lost wages, the matter in controversy, exclusive of interest and costs, exceeds $75,000.00.

11.

Defendants have given written notice of the filing of the Notice of Removal to Plaintiff and to the Clerk of the State Court of Clayton County. A copy of the Notice of Filing the Notice of Removal is attached hereto as Exhibit "D".

12.

The undersigned has read this Notice of Removal, and to the best of undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and this it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendants pray that this petition be filed, and that said action be removed to and proceed in this Court, and that no further proceedings be had in said case in the State Court of Clayton County.

This 15th day of March, 2022.

                                      DREW ECKL & FARNHAM, LLP

                                      *s/ Robert A. Quinn*
                                      Robert A. Quinn (Georgia Bar No. 473668)

303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
quinnr@deflaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman (14 point).

This 15th day of March, 2022.

*s/ Robert A. Quinn*
Robert A. Quinn (Georgia Bar No. 473668)


DREW ECKL & FARNHAM, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
quinnr@deflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **Notice of Removal to Federal Court** upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

> Evan H. Howell
> Howell & Johnson, LLC
> 4200 Northside Parkway
> Bldg. #1, Suite 200
> Atlanta, Georgia  30327
> ehowell@hojolaw.com

This 15th day of March, 2022.

> *s/ Robert A. Quinn*
> Robert A. Quinn (Georgia Bar No. 473668)

DREW ECKL & FARNHAM, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
quinnr@deflaw.com

12409668v1
05182-226432